In the Matter of WILLIAM B. OTIS et al., Appellants, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.

In the Matter of ROGER A. JOHNSON et al., Appellants, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.

In the Matter. of JUSTIN H. MOORE et al., Appellants, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.

In the Matter of MARTIN MEYER, Appellant, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued March 6, 1951; decided April 12, 1951.

*A. Mark Levien* for appellants.

*John P. McGrath, Corporation Counsel* (*Sidney P. Nadel* and *Seymour B. Quel* of counsel), for respondent.

Orders affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.